# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2016

## NO. 03-16-00652-CV

**Stephan Ricks, Appellant**

**v.**

**Veronica Dorsey, Appellee**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the district court's denial of appellant's petition for writ of mandamus.

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent

and unable to pay costs, no adjudication of costs is made.